IN CLERK...
U.S. DISTRICT...
AUG 29 2005
P.M. _____
A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X   O R D E R
GUSTAVO BALBURENA-GUZMAN,

          Plaintiff,          CV-04-0482 (ARR)

  -against-

FRANK COSENTINO,

          Defendants.
----------------------------------------X

A conference will be held in the above-captioned case on October 12, 2005, at 1:00 P.M., before the Honorable Joan M. Azrack, United States Magistrate Judge, in Room 340 at 225 Cadman Plaza East, Brooklyn, New York. All counsel must be present.

<u>Plaintiff's counsel is requested to confirm with defendant's counsel that all necessary participants are aware of this conference</u>. No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference.

SO ORDERED.

Dated:  Brooklyn, New York
       August 26, 2005

                                              JOAN M. AZRACK
                                              UNITED STATES MAGISTRATE JUDGE