UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
GUSTAVO BALBUENA-GUZMAN, by ISRAEL :
BALBUENA-GUZMAN, ARTURO MORALES- :
SANDOVAL, and CRISOFORO SANCHEZ- :
GUZMAN by RICARDO SANCHEZ- : Case No. 04 CIV 0482 (ARR)
BALBUENA, :
: **STIPULATION AND ORDER OF**
Plaintiffs, : **DISCONTINUANCE**
:
-against- :
:
FRANCK COSENTINO, ANDREW FRANK, :
JACK FRANK and PORT RICHMOND :
GROCERY, INC. d/b/a AROUND THE CLOCK :
DELI, :
:
Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Upon the terms of the Settlement Agreement entered into by Plaintiffs Gustavo Balbuena-Guzman, by Israel Balbuena-Guzman, Arturo Morales-Sandoval, and Crisoforo-Sanchez-Guzman, by Ricardo Sanchez-Balbuena (collectively "Plaintiffs"), Plaintiffs hereby withdraw their complaint against Defendants Frank Cosentino, Andrew Frank, Jack Frank, and Port Richmond Grocery, Inc. d/b/a Around the Clock Deli in the above-captioned action with prejudice, and said

438393v1

action be and it hereby is discontinued with prejudice without cost to either party as against the other.

THE LEGAL AID SOCIETY

By: _____
Christopher Lamb (CL 8145)
Attorneys for Plaintiffs Gustavo Balbuena-Guzman, Arturo Morales-Sandoval, and Crisoforo-Sanchez-Guzman 60 y Street
Staten Island, New York 1030
(718) 273-6677

PRYOR CASHMAN SHERMAN & FLYNN LLP

By: _____
Joseph Farelli (JF 4759)
Attorneys for Defendants Frank Cosentino, Andrew Frank, Jack Frank, and Port Richmond Grocery, Inc. d/b/a Around the Clock Deli
410 Park Avenue
New York, New York 10022
(212) 421-4100

SO ORDERED:

_____
United States District Judge
Dated: 10/28/05